**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter   7 |
| | ) | |
| VALERIE J. MC CARTHY, | ) | Case No. 05-39067 |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**ORDER AWARDING GENERAL COUNSEL COMPENSATION
AND AUTHORIZING LIMITED NOTICE**

**THIS MATTER** having come before the Court on the Motion of THOMAS E. SPRINGER, General Counsel to the Trustee, the Court having reviewed the Motion and heard the statements of counsel, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**

1.   That the Trustee is authorized to pay forthwith requested attorneys' fees in the amount of $5,898.50 and actual and necessary expenses in the amount of $146.32 to Thomas E. Springer as general counsel, from the estate account.

2.   **N**otice and service of the Application is found to be sufficient and reasonable pursuant to FRBP 9006 and 9007.

3.   No reason exists in law or equity to delay entry and enforcement of this Order.

DATED:_____             ENTERED:

_____
Honorable Manuel Barbosa
United States Bankruptcy Judge

Prepared by:
Thomas E. Springer (ARDC #6207761)
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
Name of Presiding Judge, Honorable **Manuel Barbosa**

**Cause No.**     **05-39067**                                         **Date**    **March 29, 2007**

**Title of Cause**         **Valerie McCarthy**

**Brief Statement Of Motion**

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS GENERAL COUNSEL**

**TO THE TRUSTEE**

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys. Please do this immediately below (separate lists may be appended).

**Names and Addresses of Moving counsel**

**THOMAS E. SPRINGER**
**WHEATON EXECUTIVE CENTER**
**400 S. COUNTY FARM ROAD**
**WHEATON, ILLINOIS 60187**
**630-510-0000**

**Representing**

**Names and Addresses of Other counsel**         **SEE ATTACHED SERVICE LIST**

**Entitled to Notice and names Of parties they Represent**

**Reserve space below for notations by Courtroom Deputy**

**Hand this memorandum to the Courtroom Deputy.**
**Counsel will not rise to address the Court until motion has been called.**