FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-39067 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCARTHY, VALERIE J | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******0864  MONEY MARKET |
| Taxpayer ID No: | *******1682 |  |  |
| For Period Ending: | 06/11/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/05/06 | 1 | Kane County Sheriff's Office<br>Escrow Account<br>P.O. Box 31<br>Geneva, IL 60134 | Surplus Funds from Sheriff's Sale | 1110-000 | 12,763.55 |  | 12,763.55 |
| 04/28/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.32 |  | 12,771.87 |
| 05/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.86 |  | 12,782.73 |
| 06/30/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.51 |  | 12,793.24 |
| 07/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.87 |  | 12,804.11 |
| 08/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.87 |  | 12,814.98 |
| 09/29/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.53 |  | 12,825.51 |
| 10/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.89 |  | 12,836.40 |
| 11/30/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.55 |  | 12,846.95 |
| 12/29/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.91 |  | 12,857.86 |
| 01/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.92 |  | 12,868.78 |
| 02/28/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 9.87 |  | 12,878.65 |
| 03/30/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.94 |  | 12,889.59 |
| 04/30/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.60 |  | 12,900.19 |
| 05/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.96 |  | 12,911.15 |
| 06/29/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.61 |  | 12,921.76 |
| 07/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.98 |  | 12,932.74 |
| 08/23/07 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 7.80 |  | 12,940.54 |
| 08/23/07 |  | Transfer to Acct #*******1232 | Final Posting Transfer | 9999-000 |  | 12,940.54 | 0.00 |

|  |  |  |  | Page Subtotals | 12,940.54 | 12,940.54 |  |

Ver: 12.10a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| | |
|---|---|
| Case No: | 05-39067 -MB |
| Case Name: | MCCARTHY, VALERIE J |
| Taxpayer ID No: | *******1682 |
| For Period Ending: | 06/11/08 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0864  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,940.54 | 12,940.54 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,940.54 | |
| | | | Subtotal | | 12,940.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,940.54 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 12.10a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:            05-39067  -MB  
Case Name:          MCCARTHY, VALERIE J  
Taxpayer ID No:     *******1682  
For Period Ending:  06/11/08  

Trustee Name:              THOMAS E. SPRINGER, TRUSTEE  
Bank Name:                 BANK OF AMERICA  
Account Number / CD #:     *******1232  GENERAL CHECKING  

Blanket Bond (per case limit):  $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/07 | | Transfer from Acct #*******0864 | Transfer In From MMA Account | 9999-000 | 12,940.54 | | 12,940.54 |
| 09/12/07 | 001000 | THOMAS E. SPRINGER<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,290.02 | 11,650.52 |
| 09/12/07 | 001001 | Valerie McCarthy | | 8100-002 | | 7,500.00 | 4,150.52 |
| 09/12/07 | 001002 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | | 3110-000 | | 2,500.00 | 1,650.52 |
| 09/12/07 | 001003 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | | 3110-000 | | 146.32 | 1,504.20 |
| 09/12/07 | 001004 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 1, Payment 2.33145% | 7100-000 | | 61.64 | 1,442.56 |
| 09/12/07 | 001005 | Citibank USA NA<br>POB 182149<br>Columbus, OH 43218 | Claim 2, Payment 2.33150% | 7100-000 | | 85.48 | 1,357.08 |
| 09/12/07 | 001006 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 3, Payment 2.33153% | 7100-000 | | 259.98 | 1,097.10 |
| 09/12/07 | 001007 | Kohl"s Department Store | Claim 4, Payment 2.33200% | 7100-000 | | 8.37 | 1,088.73 |
| | | | Page Subtotals | | 12,940.54 | 11,851.81 | |

Ver: 12.10a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-39067 -MB
Case Name: MCCARTHY, VALERIE J
Taxpayer ID No: *******1682
For Period Ending: 06/11/08

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1232  GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/12/07 | 001008 | c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 5, Payment 2.33156% | 7100-000 | | 17.32 | 1,071.41 |
| | 09/12/07 | 001009 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MEIJER<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 6, Payment 2.33156% | 7100-000 | | 14.16 | 1,057.25 |
| | 09/12/07 | 001010 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WAL-MART<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 7, Payment 2.33174% | 7100-000 | | 59.50 | 997.75 |
| | 09/12/07 | 001011 | Target National Bank (fka Retailers National Bank)<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 8, Payment 2.33184% | 7100-000 | | 6.84 | 990.91 |
| * | 09/12/07 | 001012 | Coste, Gregory<br>84 Ione Drive Unit B<br>South Elgin, iL 60177 | Claim 9, Payment 2.33155% | 7100-004 | | 990.91 | 0.00 |
| * | 10/10/07 | 001012 | Coste, Gregory<br>84 Ione Drive Unit B<br>South Elgin, iL 60177 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -990.91 | 990.91 |
| | 10/10/07 | 001013 | Coste, Gregory<br>c/o Thomas W. Byrnes | Final Distibution Per Court Order<br>Replacement of check #1012 for correct address at | 7100-000 | | 990.91 | 0.00 |

Page Subtotals      0.00      1,088.73

Ver: 12.10a
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-39067 -MB  
Case Name: MCCARTHY, VALERIE J  
Trustee Name: THOMAS E. SPRINGER, TRUSTEE  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******1232  GENERAL CHECKING  

Taxpayer ID No: *******1682  
For Period Ending: 06/11/08  

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1065 Kane Street<br>South Elgin, IL 60177 | request of attorney Thomas Byrnes. | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,940.54 | 12,940.54 | 0.00 |
| Less: Bank Transfers/CD's | 12,940.54 | 0.00 | |
| Subtotal | 0.00 | 12,940.54 | |
| Less: Payments to Debtors | | 7,500.00 | |
| Net | 0.00 | 5,440.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********0864 | 12,940.54 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1232 | 0.00 | 5,440.54 | 0.00 |
| | 12,940.54 | 5,440.54 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

LFORM24  
Ver: 12.10a